IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JACK K. LUNA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:08-0047 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the recommendation of Magistrate Judge Brown that Plaintiff's Motion for Judgment on the Administrative Record be denied, Commissioner's Cross-motion for Judgment be granted, and the decision of the Administrative Law Judge be affirmed. The Plaintiff has filed objections thereto.

The recommendation of the Magistrate is AFFIRMED and the objections of the Plaintiff are overruled. The decision of the Administrative Law Judge is supported by substantial evidence and is **AFFIRMED**.

Plaintiff's Motion for Judgment on the Administrative Record, Document #15, is **DENIED**, and the Commissioner's Motion is **GRANTED**, Document #17.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge